# Exhibit B



INTERNATIONAL PROGRAMS GROUP
P.O. Box 45058 | Little Rock, Arkansas 72214
F: 501 228 0967

July 27, 2020

*Via Certified Mail*
*Return Receipt Requested and*
*First Class Mail*

Tripwire Operations Group, LLC
c/o Todd A. King, Esq.
Salzman Hughes, P.C.
Attorneys at Law
112 Baltimore Street
Gettysburg, PA 17325

| | |
|---|---|
| **Insured:** | Tripwire Operations Group, LLC |
| **Policy#:** | PP/18-0053 |
| **Date of Loss:** | March 18, 2020 |
| **Loss Location:** | 1685 Baltimore Pike, Gettysburg, PA, 17325 |
| **IPG FILE#:** | 63522-070588 |

Dear Mr. Morris:

International Programs Group is the Third-Party Administrator for Certain Underwriters at Lloyd's London, Subscribing to Certificate No. PP/18-0053 ("Underwriters"). Underwriters subscribed to Policy No. PP/18-0053 which was issued to Tripwire Operations Group, LLC (the "Insured") for the period of June 19, 2019 to June 19, 2020 (the "Policy"). The Policy provides property coverage for the loss location(s) identified above (the "Property"), subject to its terms, conditions, and exclusions. Underwriters write concerning a loss notification submitted on the Insured's behalf in relation to an outbreak of a virus (so-called "Coronavirus") and/or pandemic of the coronavirus disease of 2019 ("COVID-19") (the "Claim").

Underwriters have carefully reviewed the information that has been provided in relation to the Insured's claimed losses. Specifically, the Insured submitted a claim for business income loss due to the Coronavirus as well as a claim for contingent business income loss due to interruption of business at the premises of Tripwire's customers. Underwriters understand that the Insured is a trade/school training center in addition to an explosive manufacturer/distributor.

  **ipgclaims.com**

Page 2
IPG File # 63522-070588

Underwriters requested documentation regarding the Insured's claim. In response, Underwriters received a list of training courses that were cancelled because of travel restrictions imposed by federal, state, and local agencies as well as a list of sales, consultations, and distributions that were "[d]isrupted by [m]andated [s]hutdown." Underwriters also received a letter from Mr. Morris explaining that various entities that had registered for classes with Tripwire were cancelling them and that there were cancellations of "explosive pickups, purchases, and deliveries" and that the Governor of Pennsylvania's stay at home order "did not allow people to travel to our home location to train or pickup materials."

In addition, Underwriters received a letter from Attorney King providing a "Stop Movement" order from the Department of Defense restricting travel for Department of Defense employees. An order from Governor Tom Wolf was also provided. In a June 1, 2020 letter, your law firm sent correspondence attesting that "COVID-19 has rendered 1685 Baltimore Pike unfit for occupancy necessary for Tripwire to perform its business." No information or documentation was provided suggesting that Coronavirus has actually been present at the Property.

First, please be advised there is no contingent business income coverage afforded under this Policy. To the extent any claim is being made for such coverage, it would not fall within this Policy's insuring agreement. To the extent any the Claim is being made for otherwise business income loss, on the basis of the information provided, for the reasons detailed below, Underwriters advise the Insured that the Policy does not afford coverage for the Claim.

As previously advised, this a property policy. Meaning that it only provides coverage for direct physical loss or damage to Covered Property caused by a covered cause of loss. We refer you to a section of the Policy BUILDING AND PERSONAL PROPERTY COVERAGE FORM (CP 00 10 06 07), specifically:

A.    **Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

* * *

B.    **Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

The Policy defines Covered Cause of Loss to mean the risk of direct physical loss. The applicable Causes of Loss form shown in the Declarations is the Policy's **CAUSES OF LOSS – SPECIAL FORM (CP 10 30 06 07)**, which provides:

**A. Covered Causes of Loss**

Page 3
IPG File # 63522-070588

When Special is shown in the Declarations, Covered Causes of Loss means

Risks of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, Exclusions; or

**2.** Limited in Section **C.**, Limitations;

that follow.

Similarly, in order to trigger business income coverage, the Policy requires direct physical loss of or damage to the Property caused by a Covered Cause of Loss. We refer you to the section of the policy BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM (PYPR BI 4-17), specifically:

**A. Coverage**

    **1. Business Income**

* * *

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

* * *

    **3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

* * *

    **5.     Additional Coverages**

        **a.     Civil Authority**

In this Additional Coverage – Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

Page 4
IPG File # 63522-070588

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1)     Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2)     The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Based on Underwriters' investigation, there is no information or documentation establishing any direct physical loss or damage to property. As such, coverage for the loss is not available under the Policy. The possible presence, or even the actual presence, of the Coronavirus at, on, or in the Property would not qualify as direct physical loss of or damage to property so as to satisfy the elements of the Building and Personal Property Coverage.

Moreover, the Policy's coverages are subject to various provisions that impact coverage for the Insured's claim. First, the Policy excludes coverage for any loss or damage arising out of or in connection with any organic pathogen, which includes any viruses, based on the following endorsement, **EXCLUSION – TOTAL MOLD, MILDEW OR OTHER FUNGI (PM-CP-007 )** which provides:

We do not cover loss, damage, cost, fine, penalty or expense caused directly or indirectly by, arising out of, in connection with, resulting from, contributed to or related in any way by exposure to or the manifestation, release, dispersal, seepage, migration, discharge, appearance, presence or growth of mold, mildew, mycotoxins, fungi or organic pathogens. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

The term "organic pathogen" or "organic pathogens" means any organic irritant or contaminant including but not limited to the following: mold, fungus, bacteria, or virus including but not limited to their byproducts such as mycotoxins, mildew, or biogenic aerosol. "Organic pathogen" includes but is not limited to the following fungi or mycotoxins produced by such fungi: Aspergillus, Penicillium, Stachybotrys chartarum, Trichodema, and Fusarium Memnoniella.

Page 5
IPG File # 63522-070588

This exclusion also applies to any claim arising out of allegations of acts or omissions by or on behalf of the insured in connection with exposure to or the manifestation, release, dispersal, seepage, migration, discharge, appearance, presence or growth of mold, mildew, mycotoxins, fungi or organic pathogens. There shall be no obligation to defend the insured against any claim or loss excluded by this endorsement regardless of whether the allegations forming the basis of the claim or loss are groundless, false, or fraudulent.

This exclusion includes but is not limited to (1) any cost, expense or charge to test, monitor, cleanup, remediate, remove, contain, treat, detoxify, neutralize, rehabilitate, or in any way respond to or assess the effects of mold, mildew, mycotoxins, fungi or organic pathogen; or (2) any cost, expense or charge in connection with the actual or alleged discharge, dispersal, seepage, migration, release, escape, exposure to, manifestation, appearance, presence, or growth of mold, mildew, mycotoxins, fungi or organic pathogens.

Second, the Policy excludes coverage for any loss or damage arising from the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare of persons, or threat thereof, based on the following endorsement, **SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION (NMA2340)**, which provides:

Notwithstanding any provision to the contrary within the Policy of which this Endorsement forms part (or within any other Endorsement which forms part of this Policy), this Policy does not insure:

(a)      any loss, damage, cost or expense, or

(b)      any increase in insured loss, damage, cost or expense, or

(c)      any loss, damage, cost, expense, fine or penalty, which is incurred, sustained or imposed by order, direction, instruction or request of, or by any agreement with, any court ,government agency or any public, civil or military authority, or threat thereof, (and whether or not as a result of public or private litigation),

which arises from any kind of seepage or any kind of pollution and/or contamination, or threat thereof, whether or not caused by or resulting from a peril insured, or from steps or measures taken in connection with the avoidance, prevention, abatement, mitigation, remediation, clean-up or removal of such seepage or pollution and/or contamination or threat thereof.

The term "any kind of seepage or any kind of pollution and/or contamination" as used in this Endorsement includes (but is not limited to):

* * *

(b) the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare or persons or the environment.

Page 6
IPG File # 63522-070588

Finally, the Policy also contains various other exclusions that would bar coverage for this loss. **The CAUSES OF LOSS – SPECIAL FORM (CP 10 30 06 07)** contains the following exclusions:

B.    **Exclusions**

    1.    We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause of event that contributes concurrently or in any sequence to the loss.

        a.    **Ordinance or Law**

            The enforcement of or compliance with any ordinance or law:

            (1)    Regulating the construction, use or repair of any property; or

            (2)    Requiring the tearing down of any property, including the cost of removing its debris.

            This exclusion, **Ordinance or Law**, applies whether the loss results from:

                (a)    An ordinance or law that is enforced even if the property has not been damaged; or

                (b)    The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

                * * *

        c.    **Governmental Action**

            Seizure or destruction of property by order of governmental authority.

            But we will pay for loss or damage caused by or resulting from acts of destruction ordered by a governmental authority and taken at the time of fire to prevent its spread, if the fire would by covered under this Coverage Part.

              * * *

    2.    We will not pay for loss or damage caused by or resulting from any of the following:

            * * *

Page 7
IPG File # 63522-070588

        b.      Delay, loss of use or loss of market.

* * *

3.      We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss:

* * *

        b.      Acts or decisions, inclduing the failure to act or decide, of any person, group, organization or governmental body.

* * *

4.      Special Exclusions

The following provisions apply only to the Specific Coverage Forms:

**a**. **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

* * *

**(3)** Any increase of loss caused by or resulting from:

* * *

    **(b)** Suspension, lapse, or cancellation of any license, lease or contract.

* * *

**(5)** Any other consequential loss.


Based on the information presented during Underwriters' investigation, the Insured's claim relates to an outbreak of a virus and/or pandemic of the Coronavirus Disease of 2019 and relates to governmental action. Therefore, although there is no information establishing direct physical loss or damage to property, coverage for the claim would be excluded pursuant to the above-referenced provisions.

With respect to the "Civil Authority" provision, coverage under the Policy applies only when, among other things: (1) "a Covered Cause of Loss causes damage to property other than property at the described premises**;**" (2) "[a]ccess to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property;" and (3) "[t]he action of civil authority is taken in response to dangerous physical conditions resulting

Page 8
IPG File # 63522-070588

from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property."

Here, there was no civil authority action "taken in response to dangerous physical conditions resulting from the damage or continuation of the covered cause of loss that caused the damage," or "to enable a civil authority to have unimpeded access to the damaged property." All civil authority orders or governmental actions presented with and/or associated with the Claim were issued or taken as a direct result of Coronavirus, which is excluded from coverage under the Policy and, therefore, not a "Covered Cause of Loss".

For each and all of the foregoing reasons, Underwriters have concluded that under the circumstances presented here the Policy does not provide coverage for any loss of revenue, such as any income loss resulting from an order of a civil authority affecting the Insured's business. If the Insured has any other information bearing on this loss that it would like Underwriters to consider, please forward it to the undersigned at your earliest convenience and it will be reviewed without prejudice to the parties' respective rights.

## CONCLUSION AND FULL RESERVATION OF RIGHTS

If the Insured believes that this claim has been wrongfully denied, you may contact the Commonwealth of Pennsylvania Insurance Department, Bureau of Consumer Services, Room 1701 State Office Building, 1400 Spring Garden Street, Philadelphia, PA 19130 or file a compliant online at www.ins.state.pa.us.

Pennsylvania law requires we notify the Insured that: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties. PA ST 18 Pa.C.S.A. §4117(k)(1).

Finally, we direct your attention to the Policy's conditions contained in the **COMMERCIAL PROPERTY CONDITIONS (CP 00 90 07 88)** which provide:

D. **LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within two years after the date on which the direct physical loss or damage occurred

Page 9
IPG File # 63522-070588

Underwriters' coverage determination, as stated herein, is based on the facts and information that has been provided Underwriters to date. We will consider any additional evidence or facts, which the Insured may believe to be pertinent. If the Insured has any new information, please forward it to my attention as soon as possible. To the extent new or additional information is provided, further investigation may be warranted.

Please note that no representative of International Programs Group ("IPG") or any other consultant retained by or on the behalf of Underwriters, has any authority to bind Underwriters with respect to coverage, or to interpret, waive or alter any of the terms, conditions or limitations of the policy. All coverage determinations are reserved expressly to Underwriters. The only authorized communications concerning coverage in this matter are those set forth in writing by Underwriters or in a letter stating that Underwriters have authorized the coverage communication. IPG does not have authority to interpret Underwriters' policies or to bind them to coverage. Rather, IPG is responsible for gathering and confirming factual information sufficient to permit Underwriters to evaluate whether coverage is afforded under their policies and to ascertain the amounts that are claimed and can be supported. Underwriters have authorized this communication.

Underwriters continue to reserve all rights available to them under the Policy, including under provisions that are not listed above, and applicable law. This includes, but is not limited to, the right to further investigate and/or seek a judicial determination in a declaratory judgment and/or other legal action. In addition, Underwriters reserve the right to supplement or amend this coverage determination upon the discovery of additional facts, subject to the Policy's terms, conditions, exclusions, and endorsements, including those not discussed in this letter.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,
International Programs Group

Michael Wilhelm

Michael Wilhelm
Examiner
Michael.Wilhelm@ipgclaims.com
Phone:  (501) 725-3422
Fax:  (501) 228-0967

Enclosures:     Policy Language